IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DEMITRIUS DEMARION WALDEN,   *

      Plaintiff,   *

v.   Case No.  7:22-cv-12 (WLS-TQL)

      *

STEVE JONES, et al.,

      *

      Defendants.

      *

## J U D G M E N T

Pursuant to this Court's Order dated July 19, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of July, 2023.

      David W. Bunt, Clerk


      s/ Kathleen S. Logsdon, Deputy Clerk